IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                              NO. 4:00-CR-00022-02-BRW

GERALD GHANT

**ORDER**

Defendant's Motion for Early Termination of Supervised Release (Doc. No. 389) is DENIED for two reason. First, Probation reports that Defendant has not been paying his restitution as required. Second, Defendant's travel is not restricted to Little Rock, as he stated in his motion.

IT IS SO ORDERED this 11th day of March, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE